IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RUSSELL MONTRELIA COTTON,

   Petitioner,

     v.

VICTOR WALKER,

   Respondent.

CIVIL ACTION FILE
NO. 1:11-CV-2533-TWT

## ORDER

This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 14] of the Magistrate Judge recommending granting the Respondent's Motion to Dismiss [Doc. 12]. The Petition was filed 6 years too late. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Respondent's Motion to Dismiss [Doc. 12] is GRANTED.

SO ORDERED, this 18 day of January, 2012.

          /s/Thomas W. Thrash
          THOMAS W. THRASH, JR.
          United States District Judge

T:\ORDERS\11\Cotton\r&r.wpd